

FILED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN JOSEPH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 08 1486 |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

### DISMISSAL ORDER

For the reason stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Ricardo M. Urbina
United States District Judge

Date: 8/13/08